# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TSANG HAN WANG,<br><br>            Plaintiff(s),<br><br>vs.<br><br>JONATHAN TAFFER, et al.,<br><br>            Defendant(s). | Case No. 2:16-cv-00689-RFB-VCF<br><br>ORDER<br><br>(Docket No. 8) |

Pending before the Court is a motion to reschedule the early neutral evaluation. Docket No. 8. None of the alternative dates are available for the Court to hold the early neutral evaluation. The Court hereby SETS a telephonic hearing on the motion for 11:00 a.m. on April 19, 2016. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.[1] The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 14, 2016

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge

---

[1] To the extent the parties or other required ENE participants need to be consulted before setting a new date for the ENE, they must also appear at the hearing by phone.