# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TSANG HAN WANG,

        Plaintiff,

vs.

JONATHAN TAFFER, *et al.*,

        Defendants.

2:16-cv-00689-RFB-VCF

**ORDER**

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 p.m., June 6, 2016, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 27th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE