# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TSANG HAN WANG,

        Plaintiff,

vs.

JONATHAN TAFFER,

        Defendant.

2:16-cv-00689-RFB-VCF

**ORDER**

    Before the court is Defendants' Motion to Appear Telephonically at Discovery Hearing (ECF No. 15).

    IT IS HEREBY ORDERED that Defendants' Motion to Appear Telephonically at Discovery Hearing (ECF No. 15) is GRANTED. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

    DATED this 2nd day of June, 2016.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE