1  PATRICK H. HICKS, ESQ., Bar # 004632
   phicks@littler.com
2  SANDRA KETNER, ESQ., Bar # 8527
   sketner@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
4  Las Vegas, NV 89169-5937
   Telephone:    702.862.8800
5  Fax No.:       702.862.8811

6  Attorneys for Defendants
   JONATHAN TAFFER, TAFFER DYNAMICS, INC.,
7  TAFFER MEDIA, INC. and JON TAFFER, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TSANG HAN WANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN TAFFER, also known as JON TAFFER an individual; TAFFER DYNAMICS, INC., a Nevada Corporation; TAFFER MEDIA, INC., a Nevada Corporation; JON TAFFER, LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 2:16-cv-00689-RFB-VCF<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |

Plaintiff TSANG HAN WANG and Defendants JONATHAN TAFFER, TAFFER DYNAMICS, INC., TAFFER MEDIA, INC. and JON TAFFER, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the following claims with prejudice, which were asserted in Plaintiff's Complaint For Declaratory Relief and Damages: (1) First Cause of Action - Discrimination on the Basis of Sex in Violation of NRS 613.330; (2) Second Cause of Action - Discrimination on the Basis of Sex in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq.; (3) Third Cause of Action - Discrimination on the Basis of Race in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq.; and (4) Fourth Cause of Action - Discrimination on the Basis of Race in

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Violation of NRS 613.320.  The parties shall bear their own costs and fees for the claims dismissed by this Stipulation and Order.

Dated:  June 14, 2016

Respectfully submitted,

 /s/ Cody D. Knight
CODY D. KNIGHT, ESQ.
LAW OFFICE OF CODY D. KNIGHT

Attorney for Plaintiff
TSANG HAN WANG

Dated:  June 14, 2016

Respectfully submitted,

 /s/ Sandra Ketner
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
JONATHAN TAFFER, TAFFER DYNAMICS, INC., TAFFER MEDIA, INC. and JON TAFFER, LLC

**ORDER**

**IT IS SO ORDERED.**

DATES: This __19th__ day of June, 2016

_____
RICHARD F. BOULWARE, II
United States District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.